IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:13-cv-401-BR

| | |
|---|---|
| PREETI PAREKH, M.D. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** <br> Fed.R.Civ.P. 41(a)(1)(A)(ii) |

NOW COME Plaintiff Preeti Parekh, M.D. and Defendant Bank of America Corporation, by and through their respective undersigned counsel, and hereby show the Court that all matters and things in controversy between the Parties have been fully settled, and the Parties have stipulated and agreed that the alleged claims in the above-captioned actions are hereby voluntarily dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

This the 25th day of September, 2013.

| **WYRICK ROBBINS YATES & PONTON LLP** | **MOORE & VAN ALLEN, PLLC** |
|---|---|
| BY: /s/ Kevin J. Stanfield <br> Kevin J. Stanfield (NC Bar No. 35584) <br> kstanfield@wyrick.com <br> 4101 Lake Boone Trail, Suite 300 <br> Raleigh, NC 27607 <br> Telephone: (919) 781-4000 <br> Facsimile: (919) 781-4865 <br> *Attorneys for Plaintiff Preeti Parekh, M.D.* | BY: /s/ Drew K. Kifner <br> Drew K. Kifner (NC Bar No. 40266) <br> drewkifner@mvalaw.com <br> P.O. Box 13706 <br> Research Triangle Park, NC 27709 <br> Telephone: (919) 286-8024 <br> Facsimile: (919) 286-8199 <br> *Counsel for Defendant Bank of America Corporation* |

## CERTIFICATE OF SERVICE

     The undersigned counsel hereby certifies that on this day a copy of the foregoing ***STIPULATION OF DISMISSAL WITH PREJUDICE*** was filed with the Court's CM/ECF system which served the same on the following:

     Drew K. Kifner
     Moore & Van Allen, PLLC
     P.O. Box 13706
     Research Triangle Park, NC 27709
     *Counsel for Defendant Bank of America Corporation*

This the 25th day of September, 2013.

                                    /s/ Kevin J. Stanfield
                                    Kevin J. Stanfield